IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRESTON LEROY ABLES** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:23-cv-28-HSO-BWR** |
| | § | |
| **BRUCE NELSON and MIKE EZZELL** | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

In accordance with its Order entered herewith adopting the Magistrate Judge's Report and Recommendation [31], the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE